**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 836 MAL 2015
                                :
                     Respondent :
                                :
                                : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
              v.                :
                                :
                                :
                                :
ERIC DAVID WEAVER,              :
                                :
                     Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.